UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OTIS PARKES,

                Movant,

     -against-                                                              16-cv-4771 (LAK)

UNITED STATES,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The government is ordered to respond to the motion to vacate [Dkt. 1] on or before October 6, 2020. Movant shall file any reply to the government's submission on or before November 5, 2020.

       SO ORDERED.

Dated:      August 7, 2020

                                                         /s/ Lewis A. Kaplan
                                             _____
                                                      Lewis A. Kaplan
                                                  United States District Judge